ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: <br><br> BRIAN HARTMAN & <br> JENNIFER MICHELLE BAUER <br><br><br><br> **Debtor(s)** | Case No. 13-12035-MKN <br> Trustee: RICK A. YARNALL <br><br> Chapter 13 <br><br> Hearing Date: March 26, 2015 <br> Hearing Time: 2:30 P.M. |

### Notice of Withdrawal of Application for Compensation [Dkt #58]

COMES NOW, BRIAN HARTMAN and JENNIFER MICHELLE BAUER (hereinafter referred to as "debtor(s)"), by and through their attorney, Anthony J. DeLuca, Esq., and hereby provides notice of withdrawal of Application for Compensation filed February 26, 2015[Dkt#58].

Dated March 5, 2015

/s/ Anthony J. DeLuca, Esq.
_____
 Anthony J. DeLuca, Esq.
7580 West Sahara Avenue
Las Vegas, Nevada 89117
Attorney for Debtor(s)